UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,      Case No. 25-cr-20560
               Honorable Terrence G. Berg

vs.

D-1 David Taylor and
D-2 Michelle Brannon,

    Defendants.

---

## First Forfeiture Bill of Particulars

---

The United States, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the Indictment and to provide notice of the specific property the government intends to forfeit upon conviction.

The allegations set forth in the Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(a), 18 U.S.C. § 982(a)(1) and 18 U.S.C. § 1594(d).

If convicted of one or more of the offenses set forth in Counts One through Nine of the Indictment, David Taylor and Michelle Brannon shall forfeit to the

United States, pursuant to 18 U.S.C. § 1594(d), any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, pursuant to 18 U.S.C. § 1594(d)(1) and any property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to 18 U.S.C. § 1594(d)(2).

If convicted of the offense set forth in Count Ten of the Indictment, David Taylor and Michelle Brannon shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

The property identified for forfeiture in this action includes, but is not limited to the following:

**<u>Real Property:</u>**

    a.  Real property located at 20320 Superior, Taylor, MI 48180, being more fully described as:

        Part of the Northeast l/4 of Section 27, Town 3 South, Range 10 East, City of Taylor, Wayne County, Michigan, described as follows: Beginning North 89 degrees 37 minutes 36 seconds West 1243.17 feet and North 00 degrees 15 minutes 47 seconds East 952.56 feet and North 25 degrees 58 minutes 10 seconds East 402.17 feet and South 89 degrees 30 minutes 00 seconds East 80.09 feet and North 00 degrees 01 minute 15 seconds West 93.13 feet and North 40 degrees 53 minutes 40 seconds East 424.23 feet from the East 1/4 corner of said Section 27; thence North 40 degrees 53 minutes 40 seconds East 385.05 feet; thence South

25 degrees 57 minutes 44 seconds East 428.68 feet; thence along a curve concave to Southeast, arc 228.83 feet, radius 395.00 feet, chord South 57 degrees 31 minutes 21 seconds West 225.64 feet; thence North 49 degrees 07 minutes 04 seconds West 329.61 feet, as recorded (North 49 degrees 10 minutes 00 seconds West 329.67, as measured) to the Point of Beginning.

Commonly known as: 20320 Superior, Taylor, Michigan 48180

Tax Parcel Number: 60065990001718;

b. Real property located at 1280 SouthWest 38th St, Ocala, FL 34471, being more fully described as:

Lot 6 of BELLWETHER, as per Map or Plat thereof recorded in Plat Book 6, Page 55, of the Public Records of Marion County, Florida.

Commonly known as: 1280 SouthWest 38th St, Ocala, FL 34471

Parcel ID Number: 23911-006-00;

c. Real property located at 706 Guisando De Avila, Tampa, FL, being more fully described as:

Lots 1 and 7, Block 5, of AVILA UNIT NO. 10R, according to the map or plat thereof, as recorded in Plat Book 84, Page 58, of the Public Records of Hillsborough County, Florida.

Commonly known as: 706 Guisando De Avila, Tampa, FL

Account: A0157671124

Parcel ID Number: U-25-27-18-0MG-000005-00007.0

d. Real property located at 18205 and 18207 Hager Ln, Chesterfield, MO 63005, being more fully described as:

Adjusted Lot 17 of Boundary Adjustment Plat of Wildhorse Creek Forest, a subdivision in St. Louis County, Missouri, according to the plat

thereof recorded in Plat Book 259 page 49 of the St. Louis County Records. (Parcel 1)

Known and numbered as 18205 Hager Ln, Chesterfield, MO 63005

Locator Number: 19W440244;

A tract of land in parts of U.S. Surveys 362, 133 and 163 also being part of Fractional Section 15, Township 45 North Range 3 East, St. Louis County, Missouri and described as follows: Beginning at an old stone in the Northeast corner of aforesaid fractional section 15, said stone being also the Northwestern corner of U.S. Survey 164; thence along the line between Fractional Section 15 and U.S. Survey 164, South 13 degrees 00 minutes 56 seconds East, 944.40 feet to the Southeast corner of Fractional Section 15 being also the Northeastern corner of aforesaid U.S. Survey 163; thence along the line between U.S. Survey 163 and 164 South 11 degrees 53 minutes 47 seconds East, 64.62 feet to the Northern line of the old right-of-way line of Wild Horse Creek Road 40 feet wide; thence along the Northern line of Wild Horse Creek Road, South 63 degrees 42 minutes 13 seconds West, 320.41 feet to a point in the intersection of the Northern line of Wild Horse Creek Road 60 feet wide; thence leaving said road North 11 degrees 22 minutes 56 seconds West, 182.20 Feet; thence South 87 Degrees 37 Minutes 55 Seconds West 948.57 feet; thence North 12 degrees 36 minutes 15 seconds West 777.90 feet to a point in the Southern line of aforesaid U.S. Survey 362; thence along the Southern line of U.S. Survey 362 being also the Northern line of Fractional Section 15 South 79 degrees 31 minutes 13 seconds West 717.42 feet to the Southwestern corner of U.S. Survey 362; thence North 3 degrees 12 minutes 39 seconds East 1069.53 feet to a point in the Southern line of the Chicago Rock Island and Pacific Railroad 100 feet wide; thence along said Southern railroad line North 82 degrees 29 minutes 07 seconds East, 1542.75 feet to a point of curve; thence along a curve to the left having a radius of 5779.65 feet an arc distance of 141.22 feet; thence leaving said railroad South 11 degrees 34 minutes 26 seconds East, 951.91 feet to the point of beginning. Less and Excepting therefrom lots 1-16 of Wildhorse Creek Forest, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat Book 254 page 3 of the St. Louis County Records and adjusted lot 17 of a Boundary Adjustment plat of Wildhorse Creek Forest, a subdivision in the St. Louis

County, Missouri, according to the plat thereof recorded in Plat Book 259 page 49 of the St. Louis County records. (Parcel 2)

Known and numbered as 18207 Hager Ln, Chesterfield, MO 63005

Locator Number: 19W440266;

e.  Real property located at 15400 Timpaige Dr, Chesterfield, MO 63017, being more fully described as:

Lot 5 of Arrowhead West, as per plat thereof recorded in Plat Book 219 Page 19 of the St. Louis County Records.

Commonly known as: 15400 Timpaige Dr, Chesterfield, MO 63017

Locator Number: 17S 310 194;

f.  Real property located at 17329 Hidden Valley Dr, Eureka, MO 63025, being more fully described as:

Parcel 1: Lot 2 of Hidden Valley Acres, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat Book 316 page 52 in the St. Louis County Records.

Parcel 2: Lot 1 of Hidden Valley Forest Phase One, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat Book 303 page 33 of the St. Louis County Records.

Parcel 3: Lot 2 of Hidden Valley Forest Phase One, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat Book 303 page 33 of the St. Louis County Records.

Commonly known as: 17329 Hidden Valley Dr, Eureka, MO 63025

Locator Number: 27V 14 0131;

g.  Real property located at 1201 Hickory Run Ln, Wildwood, MO 63005, being more fully described as:

Lot 5 of Hickory Run Subdivision, a Subdivision in the County of Saint Louis, Missouri, according to the plat thereof recorded in Plat Book 285, Page 6 of the Saint Louis County Records.

Commonly known as: 1201 Hickory Run Ln, Wildwood, MO 63005

Locator Number: 22Y 43 0117;

h.  Real property located at 1216 Babler Park Ct, Wildwood, MO, 63005, being more fully described as:

Lot 2-2 of the amended Plat of Babler Forest Plat 6 and the resubdivision of Lot 2 of Babler Forest Plat 6, according to the Plat thereof recorded in Plat Book 227, Page 26 of the St. Louis County Records.

Commonly known as: 1216 Babler Park Ct, Wildwood, MO 63005

Locator Number: 21Y 11 0081;

i.  Real property located at 14380 N Freeway 67, Houston, TX, being more fully described as:

TRACT ONE: A 1.80 acre tract of land being a part of "Unrestricted Reserve "A", in Commercial Reserve at Remington Ranch, a subdivision recorded under Film Code No. 664247, in Harris County Map Records, Harris County, Texas. Said 1.80 acre is the same tract as a called 1.7999 acre recorded under H.C.C.F. No. 20150163688, and being further described by metes and bounds as follows:

BEGINNING at an x-cut found on the southwesterly corner of said Unrestricted Reserve "A". Said point being on the easterly line of Highway 45 Northbound Frontage Road (various width);

THENCE: North 13°27'52" West, a distance of 17.61 feet, with easterly line of said Highway 45 Northbound Frontage Road, to an x-cut found on the point of curvature of the curve to the right;

THENCE: with said curve to the right, having radius of 3,804.72 feet, a curve length of 23.17 feet, a chord bearing of North 13°17'24" West, and a chord distance of 23.17 feet, continuing with the easterly line of said

Highway 45 Northbound Frontage Road, to a 5/8" iron rod set for the corner;

THENCE: North 87°50'26" East, a distance of 5.09 feet, to a point on the corner;

THENCE: South 13°10'07" East, a distance of 5.09 feet, to a point on the corner;

THENCE: North 87°50'26" East, a distance of 444.86 feet, to a 5/8" iron rod set for the corner;

THENCE; North 02°09'34" West, a distance of 220.90 feet, to a 5/8" iron rod found on the corner;

THENCE: North 87°50'26" East, a distance of 243.87 feet, to a northeasterly point of herein described tract, from which a fence post found bears S 29° 14' W, 0.5 feet. Said point being on the westerly line of Remington Ranch, Section 21, a subdivision recorded under H.C.M.R. C.F. No. 601187;

THENCE: South 02°45'54" East, a distance of 255.92 feet, with said westerly line of Remington Ranch, Section 21, to a 5/8" iron rod found on the southeasterly corner of said Unrestricted Reserve "A", and herein described tract;

THENCE: South 87°50'26" West, a distance of 689.57 feet, with southerly line of said Unrestricted Reserve "A", to the POINT of BEGINNING and containing 78,408 sq. ft or 1.80 acre of land.

The Company is prohibited from insuring the area or quantity of the land described herein.  Therefore, the Company does not represent that the acreage or square footage calculations are correct.  References to quantity are for informational purposes only.

TRACT TWO: Non-exclusive vehicular and pedestrian ingress and egress rights as set out and defined in the Joint Use Access Easement recorded under Harris County Clerk's File No. 20080600450.

Commonly known as: 14380 N Freeway 67, Houston, TX

Parcel ID Number: 1354970010002;

**Bank Accounts:**

j.  All funds on deposit in Chase Bank Account Number ending 6655 in the name of The Kingdom of God Global Church;

k.  All funds on deposit in Chase Bank Account Number ending 6671 in the name of The Kingdom of God Global Church;

l.  All funds on deposit in Chase Bank Account Number ending 7697 in the name of The Kingdom of God Global Church;

m. All funds on deposit in Chase Bank Account Number ending 7169 in the name of The Kingdom of God Global Church;

n.  All funds on deposit in Chase Bank Account Number ending 2679 in the name of The Kingdom of God Global Church;

o.  All funds on deposit in Chase Bank Account Number ending 3679 in the name of Michelle Brannon;

**Vehicles:**

p.  2016 Crownline 294CR Boat Hull number KIS82640L516;

q.  2012 Bentley Mulsanne VIN SCBBB7ZH2CC016792;

r.  2016 Bentley Continental VIN SCBGH3ZA4GC054000;

s.  2013 Bentley Continental VIN SCBFT7ZA0DC080834;

t.  2008 Rolls Royce Phantom VIN SCA1S68528UX08781;

u.  2015 Mercedes Benz S 550 VIN WDDUG8FB2FA171653; and

**Other:**

v.  All funds located in Bitcoin wallet address ending xuy9

This notice does not limit the government from seeking the forfeiture of additional specific property, including substitute assets, or limit the government from seeking the imposition of a forfeiture money judgment.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

S/Adriana Dydell
Adriana Dydell (CA 239516)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9125
Dated: August 27, 2025                    Adriana.Dydell@usdoj.gov

## **Certification of Service**

I hereby certify that on August 27, 2025, the foregoing document was

electronically filed using the ECF system which will send notification of such

filing to all ECF participants.

S/Adriana Dydell
Adriana Dydell (CA 239516)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9125
Adriana.Dydell@usdoj.gov
