UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,   Case No. 25-cr-20560
                                         Honorable Terrence G. Berg

vs.

D-1 David Taylor and
D-2 Michelle Brannon,

        Defendants.
_____/

[OWNER OF RECORD: KINGDOM OF GOD GLOBAL CHURCH, INC.]

## GOVERNMENT'S NOTICE OF *LIS PENDENS*

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on July 23, 2025, and is now pending in the United States District Court for the Eastern District of Michigan between the parties named in the above referenced action.

The United States of America is seeking to forfeit certain real property located at **1280 SouthWest 38th Street, Ocala, Florida 34471,** being the same premises conveyed to Kingdom of God Global Church, Inc. on or about April 28,

1

2023, and recorded on May 2, 2023, in Marion County in Book 8039, Page 682, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> **All that certain land situated in Marion County, Florida, to wit:**
>
> **Lot 6 of BELLWETHER, as per Map or Plat thereof recorded in Plat Book 6, Page 55, of the Public Records of Marion County, Florida.**
>
> **Parcel Number: 23911-006-00**

The United States is seeking forfeiture of the above property pursuant to 18 U.S.C. § 1594(d) and 18 U.S.C. § 982(a)(1).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. §853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture.

Further information regarding this action may be obtained from the records of the Clerk of the Court, United States District Court for the Eastern District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan 48226.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

DRAFTED BY AND RETURN TO:

_____
ADRIANA DYDELL
(California Bar #239516)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313)-226-9125

Dated: Tuesday, August 26, 2025

Subscribed to and acknowledged by Assistant U.S. Attorney Adriana Dydell for U.S. Jerome F. Gorgon, Jr., on Tuesday, August 26, 2025

_____
Karen E. Merritt, Notary Public
State of Michigan – County of Wayne
My commission expires: 11/14/2025
Acting in the County of Wayne

3