UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

D-1 David Taylor and
D-2 Michelle Brannon,

        Defendants.
_____/

Case No. 25-cr-20560
Honorable Terrence G. Berg

## NOTICE OF *LIS PENDENS*

NOTICE IS HEREBY GIVEN THAT the above-captioned action is pending in the United States District Court for the Eastern District of Michigan. The following real property, **14380 North Freeway 67, Houston, Texas**, more fully described as:

> **TRACT ONE: A 1.80 acre tract of land being a part of "Unrestricted Reserve "A", in Commercial Reserve at Remington Ranch, a subdivision recorded under Film Code No. 664247, in Harris County Map Records, Harris County, Texas. Said 1.80 acre is the same tract as a called 1.7999 acre recorded under H.C.C.F. No. 20150163688, and being further described by metes and bounds as follows:**

1

**BEGINNING** at an x-cut found on the southwesterly corner of said Unrestricted Reserve "A". Said point being on the easterly line of Highway 45 Northbound Frontage Road (various width);

**THENCE:** North 13°27'52" West, a distance of 17.61 feet, with easterly line of said Highway 45 Northbound Frontage Road, to an x-cut found on the point of curvature of the curve to the right;

**THENCE:** with said curve to the right, having radius of 3,804.72 feet, a curve length of 23.17 feet, a chord bearing of North 13°17'24" West, and a chord distance of 23.17 feet, continuing with the easterly line of said Highway 45 Northbound Frontage Road, to a 5/8" iron rod set for the corner;

**THENCE:** North 87°50'26" East, a distance of 5.09 feet, to a point on the corner;

**THENCE:** South 13°10'07" East, a distance of 5.09 feet, to a point on the corner;

**THENCE:** North 87°50'26" East, a distance of 444.86 feet, to a 5/8" iron rod set for the corner;

**THENCE;** North 02°09'34" West, a distance of 220.90 feet, to a 5/8" iron rod found on the corner;

**THENCE:** North 87°50'26" East, a distance of 243.87 feet, to a northeasterly point of herein described tract, from which a fence post found bears S 29° 14' W, 0.5 feet. Said point being on the westerly line of Remington Ranch, Section 21, a subdivision recorded under H.C.M.R. C.F. No. 601187;

2

**THENCE: South 02°45'54" East, a distance of 255.92 feet, with said westerly line of Remington Ranch, Section 21, to a 5/8" iron rod found on the southeasterly corner of said Unrestricted Reserve "A", and herein described tract;**

**THENCE: South 87°50'26" West, a distance of 689.57 feet, with southerly line of said Unrestricted Reserve "A", to the POINT of BEGINNING and containing 78,408 sq. ft or 1.80 acre of land.**

**The Company is prohibited from insuring the area or quantity of the land described herein. Therefore, the Company does not represent that the acreage or square footage calculations are correct. References to quantity are for informational purposes only.**

**TRACT TWO: Non-exclusive vehicular and pedestrian ingress and egress rights as set out and defined in the Joint Use Access Easement recorded under Harris County Clerk's File No. 20080600450.**

**Commonly known as: 14380 North Freeway 67, Houston, Texas**

Parcel ID Number: 1354970010002

is the subject of criminal forfeiture allegations under 18 U.S.C. § 1594(d) and 18 U.S.C. § 982(a)(1) in the captioned indicted action.

Further information regarding this action may be obtained from the records of the Clerk of the Court, United States District Court for the Eastern District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan 48226.

3

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

DRAFTED BY AND RETURN TO:

*[signature: Adriana Dydell]*

ADRIANA DYDELL
(California Bar #239516)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313)-226-9125

Dated: Tuesday, August 26, 2025

Subscribed to and acknowledged by Assistant U.S. Attorney Adriana Dydell for U.S. Jerome F. Gorgon, Jr., on Tuesday, August 26, 2025

*[signature: Karen Merritt]*

Karen E. Merritt, Notary Public
State of Michigan – County of Wayne
My commission expires: 11/14/2025
Acting in the County of Wayne

4