UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 25-CR-20560 |
| MICHELLE BRANNON, | ) |
| Defendant. | ) |

**STIPULATION REGARDING BOND**

COME NOW John P. Rogers, and the law firm of ROGERS SEVASTIANOS & BANTE, LLP, and respectfully files the following stipulation regarding bond with respect to Defendant Michelle Brannon:

1. One condition of bond in this matter was for Defendant Brannon to restrict travel to the Eastern District of Michigan, with her residence approved at a residence in Northville, Michigan.

2. The conditions of bond further required that, within 30 days, defendant demonstrate that the costs associated with the bond address are not paid by the KOGGC and/or the JMMI or any of its members.

3. After identifying issues, including elevated cost, with her housing in Northville, Michigan, Defendant Brannon intended to move into an apartment complex in Livonia, Michigan on October 29, 2025..

4. The management company for the apartment complex in Livonia did not approve Brannon's application.

5.      The defendant requires an additional 21 days to find housing consistent with the conditions of bond.

6.      This additional 21 days is stipulated to by the Government and there is no objection from the United States Pretrial Services Officer, Andrea E. Peschke.

Respectfully submitted,

| UNITED STATES OF AMERICA | ROGERS SEVASTIANOS & BANTE, LLP |
|---|---|
| By:   /s/      *Sarah Resnick Cohen*<br>        Sarah Resnick Cohen, AUSA | By:   /s/      *John P. Rogers*<br>        John P. Rogers, #38743MO |