**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 25-CR-20560 |
| | ) | |
| MICHELLE BRANNON, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR LEAVE OF COURT TO WITHDRAW

COME NOW John P. Rogers, William David Mueller, and the law firm of Rogers

Sevastianos & Bante, LLP, and respectfully request leave of Court to withdraw as counsel for the

defendant in the above-styled cause. In support of this motion, the undersigned states as follows:

1.      The undersigned entered their appearance in the above-styled matter on August

28, 2025 and February 2, 2026, respectively.

2.      Defendant has retained new counsel, George Donnini.

3.      Attorney George Donnini submitted a Stipulated Proposed Substitution of

Counsel to the court through Utilities in CM/ECF on April 24, 2026.

4.      Undersigned counsel anticipates that Attorney George Donnini will be entering

his appearance on behalf of Defendant on today's date.

5.      Defendant has unequivocally relayed her desire for new counsel.

WHEREFORE, John P. Rogers, William David Mueller, and the law firm of Rogers

Sevastianos & Bante, LLP, respectfully request that this Court grant their Motion for Leave to

Withdraw and enter an Order allowing their withdrawal as counsel for Defendant Michelle

Brannon in the above-styled case.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:    /s/ *John P. Rogers*
       JOHN P. ROGERS, #38743MO
       Attorney for Defendant
       120 S. Central Avenue, Suite 160
       Clayton, Missouri 63105
       (314) 354-8484/Facsimile (314) 354-8271
       Email:   jrogers@rsblawfirm.com

       */s/ William David Mueller*
       WILLIAM DAVIDE MUELLER, #65064MO
       Co-Counsel for Defendant
       120 S. Central Avenue, Ste. 160
       Clayton, MO 63105
       (314) 354-8484/Facsimile (314) 354-8271
       dmueller@rsblawfirm.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 25-CR-20560 |
| | ) | |
| MICHELLE BRANNON, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John K. Neal and Ms. Sarah Resnick Cohen, assistant United States attorneys.

**Request for Leave of Court to Withdraw**

ROGERS SEVASTIANOS & BANTE, LLP


By:     /s/     *John P. Rogers*
        JOHN P. ROGERS, #38743MO
        Attorney for Defendant
        120 S. Central Avenue, Suite 160
        Clayton, Missouri 63105
        (314) 354-8484/Facsimile (314) 354-8271
        Email:   jrogers@rsblawfirm.com

        */s/ William David Mueller*
        WILLIAM DAVIDE MUELLER, #65064MO
        Co-Counsel for Defendant
        120 S. Central Avenue, Ste. 160
        Clayton, MO 63105
        (314) 354-8484/Facsimile (314) 354-8271
        dmueller@rsblawfirm.com