# United States District Court
for the
## Eastern District of Michigan

U.S.A. vs. **Michelle Brannon**                                    Case No. 25-CR-20560-02

### Petition for Action on Conditions of Pretrial Release

COMES NOW Andrea Peschke, PRETRIAL SERVICES OFFICER SPECIALIST, presenting an official report on defendant Michelle Brannon, who as placed under pretrial release supervision on a $10,000.00 Unsecured bond by Chief United States Magistrate Judge David R. Grand sitting in the court at the Eastern District of Michigan, Detroit, on September 30, 2025, under the following conditions:

1. Report as directed to Pretrial Services Agency (PSA).
2. Surrender any passport, enhanced identification, or international travel documents immediately to the supervising officer as directed.
3. Not obtain a passport, enhanced identification, or any international travel documents.
4. Travel restricted to the Eastern District of Michigan, unless previous consent of Pretrial Services or the Court.
5. Avoid all contact, directly or indirectly with any victims, witnesses, or co-defendants.
6. Avoid all contact, directly or indirectly with any person associated with the Kingdom of God Global Church (KOGGC), formerly Joshua Media Ministries International (JMMI), except Ms. Kea Jones, Mr. Joseph Bush, and Mr. Joshua Riles.
7. Reside at the bond address, and any changes in residence must be pre- approved by the supervising officer.
8. Do not possess a firearm, destructive device, or other dangerous weapons.
9. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.
10. Participate in location monitoring program with GPS and Stand Alone Monitoring.
11. Must pay all or part of the cost of the program, including equipment loss or damage, based on your ability to pay as Pretrial Services Office or Supervising Officer determines.
12. The defendant is permitted the use of a computer and/or internet connected device. The defendant agrees to participate in the computer and/or internet restriction/monitoring program and will abide by all rules and requirements of the program. The defendant will permit Pretrial Services or supervising officer to configure, manage, and install monitoring software on all approved computers and/or internet connected devices, which will require the search of computer software and hardware. The defendant's use and access to computers and/or internet connected device(s) is limited to those that can be configured, managed, and monitored by Pretrial Services or supervising officer. The defendant will be responsible for the cost of the computer and/or internet monitoring software, based on their ability to pay, as determined by the Pretrial Services Agency or supervising officer.

After the ruling, the government requested a stay of the release order and notified of their intent to appeal. The order was stayed, and an Appeal Hearing was scheduled for October 1, 2025, before United States District Judge Terrence G. Berg.

On October 1, 2025, the defendant appeared in court before United States District Judge Terrence G. Berg for the purpose of an Appeal Hearing regarding the bond order. The order was affirmed and the defendant was released on a $10,000.00 unsecured bond with the following conditions:

1. Report as directed to Pretrial Services Agency (PSA).
2. Surrender any passport, enhanced identification, or international travel documents immediately to the supervising officer as directed.
3. Not obtain a passport, enhanced identification, or any international travel documents.
4. Travel restricted to the Eastern District of Michigan, unless previous consent of Pretrial Services or the Court.
5. Avoid all contact, directly or indirectly with any victims, witnesses, or co-defendants.
6. Avoid all contact, directly or indirectly with any person associated with the Kingdom of God Global Church (KOGGC), formerly Joshua Media Ministries International (JMMI), except Mr. Joshua Riles.
7. Reside at the bond address, and any changes in residence must be pre- approved by the supervising officer.
8. Do not possess a firearm, destructive device, or other dangerous weapons.
9. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.
10. Participate in location monitoring program with GPS and Stand Alone Monitoring.
11. Must pay all or part of the cost of the program, including equipment loss or damage, based on your ability to pay as Pretrial Services Office or Supervising Officer determines.
12. The defendant is permitted the use of a computer and/or internet connected device. The defendant agrees to participate in the computer and/or internet restriction/monitoring program and will abide by all rules and requirements of the program. The defendant will permit Pretrial Services or supervising officer to configure, manage, and install monitoring software on all approved computers and/or internet connected devices, which will require the search of computer software and hardware. The defendant's use and access to computers and/or internet connected device(s) is limited to those that can be configured, managed, and monitored by Pretrial Services or supervising officer. The defendant will be responsible for the cost of the computer and/or internet monitoring software, based on their ability to pay, as determined by the Pretrial Services Agency or supervising officer.
13. The defendant is allowed to reside at the proposed Northville, Michigan address.
14. Within 30 Days, defendant will demonstrate that the costs associated with the bond address is not paid by the KOGGC and/or the JMMI or any of its members, and that Pretrial Services may continue to require verification of the same as directed.

### Respectfully presenting petition for action of court and for cause as follows:

On July 1, 2026, the defendant appeared in court before Your Honor pursuant to a filed Petition from Pretrial Services requesting a Bond Review hearing to discuss compliance with adhering to the defendant's financial verification bond requirements, as well as defense counsel's motion with

regard to online fundraising. The Petition for Action on Conditions of Pretrial Release was taken under advisement and no bond modifications were ordered. At this hearing, Your Honor advised the Court would work with Pretrial Services to craft appropriate language with regard to the defendant's online fundraising.

The bond conditions noted below have been reviewed and approved by the government, defense counsel, and the Court.

## PRAYING THE COURT WILL ORDER THE DEFENDANT'S BOND BE AMENDED TO REFLECT THE FOLLOWING:

- Defendant is permitted to establish and maintain one online fundraising account through GiveSendGo.com with the following conditions:
  - The site must expressly prohibit any donations from the Kingdom of God Global Church (KOGGC), its officers, employees, or persons with access to KOGGC funds.
  - The site cannot include any language that can reasonably be interpreted as unlawful threats or efforts of intimidation to encourage the making of such contributions.
  - Defendant will permit Pretrial Services full and continuous access to the site to allow for verification of donors.
  - No donations will be allowed to be received by any individual specifically identified by the government. The government is responsible for providing the list of specified individuals to Pretrial Services and updating it as necessary. Both defense and the government will be provided a list of donors to the fundraising account. Defense reserves the right to challenge specific individuals' inclusion on the prohibited list of "KOGGC Names" provided by the government in the event of a donation by a currently prohibited name.
  - Any donation identified by Pretrial Services as possibly being from KOGGC or any other prohibited person shall be segregated and not paid to Defendant through a process to be determined by Pretrial Services in consultation with the Court and parties.
  - Defendant will not open or maintain any additional fundraising accounts without prior approval of the Court.
  - Merely donating to the fundraising account will not constitute "indirect" contact, as prohibited in section (bb).

All other conditions remain in effect.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2026

Respectfully,

__/s/Andrea E. Peschke____

Senior United States Pretrial Services Officer
Place: Detroit, Michigan
Date: July 16, 2026

4

**THE COURT ORDERS:**

[  ]   No Action

[ X]   Modification of Pretrial Conditions as Requested

[  ]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[  ]   The Issuance of a Warrant [check one]

    [  ]   Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing.

    [  ]   Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[  ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[  ]   Other

## ORDER OF COURT

Considered and ordered this 20th day of July 2026 and ordered filed and made a part of the records in the above case.

_____
Susan K. DeClercq
United States District Judge